Form B8 (Official Form 8)
(12/03)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re MATTHEW FOSTER                                   Case No. _____
Debtor  Debra Foster                                            (If known)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. *Property to be Surrendered*

   NONE

b. *Property to be Retained*

*[Check any applicable statement.]*

| Description of property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Property will be reaffirmed pursuant to 11 U.S.C. §524(c) |
|---|---|---|---|---|
| 2002 FORD ESCAPE | FINANCE CENTER FEDERAL CU | X |  | X |
| FAMILY RESIDENCE | CITIMORTGAGE, COUNTRYWIDE HOME LOANS | X |  | X |

Date: Oct. 13 2005

Signature of Debtor

---

**CERTIFICATION OF NON-ATTORNEY BANKRUPTY PREPARER (Sec. 11 U.S.C. 110)**

Continued on next page