**Form 1015-2** Matt Foster
Debra Foster

05-22676

Case No. _____ 2005 OCT 14 AM 10: 17

FILED

## STATEMENT OF RELATED OR COMPANION CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Please check the appropriate box with respect to each of the following items:

1. If any previous bankruptcy of any kind was filed in any court within the last 6 years by this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth the name of the debtor, case number, date filed, chapter filed under, district and division where the case is or was pending, current status of the case, any real estate in the case and judge assigned to the case. If no such petitions were filed, so indicate:

    ___ This debtor (identical individual, including DBAs, FDBAs)
    ___ This debtor (identical entity)
    ___ Spouse of this debtor
    ___ Corporation, if this debtor is or was a major shareholder of the corporation
    ___ Major shareholder of this debtor (if this debtor is a corporation)
    ___ Affiliate(s) of this debtor (see § 101(2) of the Code)
    ___ Partnership, if this debtor is or was a general partner in the partnership
    ___ General partner of this debtor (if this debtor is a partnership)
    ___ General partner of this debtor (if this debtor is or was another general partner therewith)
    ___ Entity with which this debtor has substantial identity of financial interests or assets

_____

_____

_____

2. _X_    NONE OF THE ABOVE APPLY

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at: _____, Ohio
Dated: October 13, 05

DEBTOR _____
_____
JOINT DEBTOR

## DESIGNATION AS CONSUMER OR BUSINESS CASE
## INFORMATION REQUIRED BY LOCAL RULE 1002-1(e)

Please check the appropriate box:

    ___ Consumer case; debtor is an individual who is not engaged in business and owes consumer debt only
    ___ Business case; debtor is a corporation
    ___ Business case; debtor is a partnership
    ___ Business case; debtor is an individual currently engaged in business
    ___ Business case; debtor is an individual formerly engaged in business who owes more for business debts than for consumer debts
    ___ Business case; case was commenced under chapter 12

_____
CASE ATTORNEY