# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO



In re     MATTHEW FOSTER
           Debra Foster
           Debtor

## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtor(s) or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___2___ sheet(s) is complete, correct and consistent with the debtor's schedule pursuant to local Bankruptcy Rules and I (we) assume all responsibility for errors and omissions.

__Oct. 13, 2005__
Date

_____
Debtor

_____
Joint Debtor

_____
Signature of Attorney (if applicable)

American Education Services
Po Box 2461
Harrisburg PA 17105-2461

American Express
Po Box 360002
Ft Lauderdale FL 33336-0002

Bank Of America Visa
Po Box 1758
Newark NJ 07101-1758

Chase Mastercard
Po Box 15153
Wilmington DE 19886-5153

Citibank Mastercard
Po Box 6000
The Lakes NV 89163-6000

Citimortgage
Po Box 183040
Columbus OH 43218-3040

Countrywide Home Loans
Po Box 660694
Dallas TX 75266-0694



Finance Center Federal Cu
Po Box 26501
Indianapolis IN 46226-0501



Us Bank
7350 Beechmont Avenue
Cincinnati OH 45230