# MATTHEW FOSTER

14919 Copper Tree Way • Carmel, Indiana 46033
Work (317) 631-9410 • Home (317) 566-1604
cowetaboy@gmail.com

August 29, 2006

**FILED**
U.S. BANKRUPTCY COURT
SEP 8 2006
SOUTHERN DISTRICT OF OHIO
BY _____
DEPUTY CLERK

<u>Via Regular Mail & Fax (513-684-6727)</u>

Mr. Kenneth Jordan, Chief Deputy Clerk
United States Bankruptcy Court
221 E. Fourth Street
Atrium Two Suite 800
Cincinnati, Ohio 45202

Re:   <u>In re Matthew Foster and Debra Foster</u>
Case No. 1:05-bk-22676-07 (Judge Aug)

Dear Mr. Jordan:

Please take notice of the following change of address for Matthew and Debra Foster, pro se debtors in the above-referenced case, effective immediately:

Matthew and Debra Foster
14919 Copper Tree Way
Carmel, Indiana 46033

Our prior address -- 2194 Berrypatch Drive, Cincinnati, Ohio 45244 -- is no longer valid.

Please contact me with any questions. Thank you.

Very truly yours,

*[signature]*
Matthew Foster

MWF/gb

*cc: Lynnetta*
*Joyce*